**FILED**

APR 2 3 2021

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| Fill in this information to identify the case: |
| --- |

Debtor name    **Law Offices of Brian D. Witzer, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-12517-NB**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Declaration and signature |
| --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
■ Schedule H: Codebtors (Official Form 206H)
■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/23/2021    x _____
                                      Signature of individual signing on behalf of debtor

                                      **Brian D. Witzer**
                                      Printed name

                                      **Chief Executive Officer and Owner**
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Law Offices of Brian D. Witzer, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | 2:21-bk-12517-NB |

☑ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Acosta & Associates LLC 600 West Germantown Pike, Suite 600 Plymouth Meeting, PA 19462 | | Loan | | | | $3,400,000.00 |
| Alan G. Bassman, CPA Bassman, Adelman & Weiss, P.C. 630 Sentry Parkway East, Ste 200 Blue Bell, PA 19422 | | Accounting services and economist (for expert testimony) on debtor's cases | | | | $600,000.00 |
| Citibank, N.A. Po Box 688923 Des Moines, IA 50368 | | PPP Loan (subject to forgiveness) | Contingent | | | $135,100.00 |
| Citibank, N.A. Po Box 688923 Des Moines, IA 50368 | | PPP Loan (subject to forgiveness) | Contingent | | | $116,700.00 |
| City of Los Angeles Office of Finance PO Box 53200 Los Angeles, CA 90053 | | Business Tax | Disputed | | | $7,500.00 |
| Clinton & Clinton 100 Oceangate Ste. 1400 Long Beach, CA 90802 | | Legal fees for the interpleader action American Incorporated, et al v. Cindy Perez, et al. Case No.: BCV-20-101372 | Contingent Disputed | | | $15,735.50 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Law Offices of Brian D. Witzer, Inc. | | | Case number *(if known)* | **2:21-bk-12517-NB** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Harold Wrobel - Fazoula Management 14954 Corona Del Mar Pacific Palisades, CA 90272 | | Business Loan | | | | $4,400,000.00 |
| Mustang Funding LLC PO Box 083170 Chicago, IL 60691-0170 | | Loan | | | | $100,000.00 |
| Pravati Credit Fund III, LLP c/o Chora Young & Manasserian LLP Attn: Joseph Chora, Esq. 650 Sierra Madre Villa Ave. Ste 304 Pasadena, CA 91107-2141 | | Loan; Notice of Judgment Lien filed with CA Secretary of State on 12/29/2020; Subject to an avoidance action as a preference per 11 U.S.C. Section 547 | Contingent Unliquidated Disputed | $7,981,502.22 (listed on Schedule D as a secured claim but Debtor is preparing an adversary complaint for avoidance as a preference which will make Pravati's claim a general unsecured claim) | $0.00 | $7,981,502.22 |
| The Solender Group 2516 Via Tejon #277 Palos Verdes Peninsula, CA 90274 | | Loan and services | | | | $1,000,000.00 |
| Wells Fargo Business Card PO Box 77033 Minneapolis, MN 55480-7733 | | Business Credit Card | | | | $219.51 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Law Offices of Brian D. Witzer, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:21-bk-12517-NB** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $        0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $   640,735.90

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $   640,735.90

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $   8,669,123.78

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $   7,500.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... +$   9,767,755.01

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b

   $   18,444,378.79

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Law Offices of Brian D. Witzer, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:21-bk-12517-NB**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of America | Business Advantage Checking account | 2449 | $363,634.38 |
| 3.2. | Citibank | Business checking account | 5719 | $53,601.52 |
| 3.3. | Royal Bank | Checking account | 7380 | $5,500.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$422,735.90

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 1

Debtor  **Law Offices of Brian D. Witzer, Inc.**                          Case number *(If known)*  **2:21-bk-12517-NB**
        Name

11.   Accounts receivable: Settlement funds for $180,000 are held with the Superior Court of CA, County of Kern - Bakersfield in the
      matter entitled American Incorporated, et al. v. Cindy Perez, et al., in an interpleader action, Case No.: BCV-20-101372. Debtor, et al.
      has a Cross-Complaint against American Incorporated, et al.

|  | 180,000.00 (settlement funds held in an interpleader action) | | |  |
|---|---|---|---|---|
| 11b. Over 90 days old: | face amount | - | 0.00 =.... doubtful or uncollectible accounts | $180,000.00 |

Accounts receivable: Debtor currently represents approximately 25 clients in litigation cases on a contingency basis. Recovery amount at
this time is unknown.  Debtor's principal is now engaged in a trial.

|  |  | | |  Unknown (pending cases where Debtor represents various clients in litigation matters) |
|---|---|---|---|---|
| 11b. Over 90 days old: | 0.00 face amount | - | 0.00 =.... doubtful or uncollectible accounts | |

12.   **Total of Part 3.**                                                                            | **$180,000.00** |
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies 3 ring binders, legal pads, pens, paper, highlighters, staplers, index, tape | | $0.00 | | $500.00 |

23.   **Total of Part 5.**                                                                            | **$500.00** |
      Add lines 19 through 22. Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☑ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Debtor    **Law Offices of Brian D. Witzer, Inc.**                          Case number *(If known)* **2:21-bk-12517-NB**
   Name

☑ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>**5 desks and chairs, small filing cabinets, 10 filing cabinets, storage shelves, 3 couches, 4 rugs, 6 lamps, coat hangers, mirrors, 3 round work tables, chairs** | $0.00 | | $7,500.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>**14 Computers, 14 monitors, 5 printers, 20 office phones, 1 fax machine, main server, sound system hub (for deposition, includes speakers, power point system)** | $0.00 | | $30,000.00 |
| | **Leased Copystar CS 8052CI - Copystar Copier, Serial Number VJV87Z002228. The lease agreement is with Wells Fargo Vendor Financial Services, LLC.  Monthly lease payment is $463 plus applicable tax.  43 payments remaining on the lease.** | $0.00 | | $0.00 |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**                                                             | $37,500.00 |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Law Offices of Brian D. Witzer, Inc.** | Case number *(If known)* **2:21-bk-1251 7-NB** |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:black;color:white">Part 8:</td><td colspan="4"><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Leased 2012 used Mercedes Benz Sprinter Van; approximately 30,000 miles. Monthly lease payment is $1,362.18 with the commencement date of 3/24/2019 followed by 35 payments of $1,362.18 due on the 24th of each month.** | $0.00 | | $0.00 |

| | |
|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |
| 49. | **Aircraft and accessories** |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 9:</td><td><b>Real property</b></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 10:</td><td><b>Intangibles and intellectual property</b></td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>https://witzerlaw.com/ | $0.00 | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Debtor | **Law Offices of Brian D. Witzer, Inc.** | Case number *(if known)*  **2:21-bk-12517-NB** |
|---|---|---|
| | Name | |

| 62. | Licenses, franchises, and royalties<br>**City of Los Angeles Business License**<br>**#0003110275-0001-9** | $0.00 | | $0.00 |
|---|---|---|---|---|

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.                                                $0.00

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   **Debtor is preparing an adversary proceeding against Pravati Capital for avoidance of the Notice of Judgment Lien filed by Pravati with the California Secretary of State on December 29, 2020 (within a 90-day preference period).**                                                                    Unknown

| Nature of claim | Avoidance of the Preference<br>Per 11 U.S.C. Section 547 |
|---|---|
| Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Debtor | **Law Offices of Brian D. Witzer, Inc.** | Case number *(If known)* **2:21-bk-1251 7-NB** |
|--------|-----|----|
|  | Name |  |

**Debtor, et al. has a Cross-Complaint against American Incorporated, Pravati Capital, LLC, et al. for Breach of Contract; Breach of Contract by Third Party Beneficiary, Tortious Interference with Contract (settlement agreement; $180k settlement funds are interpled with the court), Tortious Interference with Prospective Economic Advantage, Civil Conspiracy, pending in the Superior Court of CA, County of Kern - Bakersfield in the matter entitled American Incorporated, et al. v. Cindy Perez, et al., Case No.: BCV-20-101372.**

<div align="right">Unknown</div>

| Nature of claim | Cross-Complaint |
|-----------------|-----------------|
| Amount requested | $0.00 |

---

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                    $0.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    [✓] No
    [ ] Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    __Law Offices of Brian D. Witzer, Inc._____    Case number *(If known)*  __2:21-bk-12517-NB__
           Name

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form
    Type of property

|  |  | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $422,735.90 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $180,000.00 | |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. | Inventory. *Copy line 23, Part 5.* | $500.00 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $37,500.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. | Real property. *Copy line 56, Part 9*..................................................................> | | $0.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. | Total. Add lines 80 through 90 for each column | $640,735.90 | + 91b. $0.00 |
| 92. | Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $640,735.90 |

**Fill in this information to identify the case:**

Debtor name __Law Offices of Brian D. Witzer, Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __2:21-bk-12517-NB__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Amicus Capital Group, LLC**<br>Creditor's Name<br>**Attn: William Tilley**<br>**28470 Avenue Standord,**<br>**Suite 220**<br>**Valencia, CA 91355**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All Assets per UCC Financing Statement: firm's rights, title and interest in the collateral described in the loan agreement and UCC Financing Statement** | $485,000.00 | Unknown |
| | Describe the lien<br>**UCC Financing Statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☑ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Date debt was incurred<br>**10/28/2019**<br>Last 4 digits of account number<br>**0002** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  Pravati Credit Fund III, LLP**<br>Creditor's Name<br>**c/o Chora Young & Manasserian LLP**<br>**Attn: Joseph Chora, Esq.**<br>**650 Sierra Madre Villa Ave.**<br>**Ste 304**<br>**Pasadena, CA 91107-2141**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $7,981,502.22 | $0.00 |
| | Describe the lien<br>**Notice of Judgment Lien From Arbitration Award; Subject to Avoidance of the Pref**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Date debt was incurred<br>**12/29/2020**<br>Last 4 digits of account number<br>**2046** | | | |

| Debtor | Law Offices of Brian D. Witzer, Inc. | Case number (if known) | 2:21-bk-12517-NB |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

---

| 2.3 | **Premier Financial Services** | | $25,931.91 | $0.00 (leased vehicle) |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Leased 2012 used Mercedes Benz Sprinter Van; approximately 30,000 miles. Monthly lease payment is $1,362.18 with the commencement date of 3/24/2019 followed by 35 payments of $1,362.18 due on the 24th of each month.**

47 Sherman Hill Rd
Woodbury, CT 06789
Creditor's mailing address

Describe the lien
**Auto lease**
Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**3/22/2019**
Last 4 digits of account number
**8111**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 | **U.S. Business Administration** | | $154,808.22 | Unknown |
|---|---|---|---|---|

Creditor's Name
c/o Elan Levey, US Attorney's Offic
300 N. Los Angeles Street
Fed. Bldg., Rm. 7516
Los Angeles, CA 90012
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Secured by the assets of the Debtor per UCC Financing Statement**

Describe the lien
**Small Business Administration Loan**
Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**5/27/2020**
Last 4 digits of account number
**7405**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.5 | **Wells Fargo Vendor Finance Services** | | $21,881.43 | $0.00 (leased copier) |
|---|---|---|---|---|

Describe debtor's property that is subject to a lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

| Debtor | Law Offices of Brian D. Witzer, Inc. | Case number (if known) | 2:21-bk-12517-NB |
|---|---|---|---|
| | Name | | |

Creditor's Name

Leased Copystar CS 8052CI - Copystar Copier, Serial Number VJV87Z002228. The lease agreement is with Wells Fargo Vendor Financial Services, LLC.  Monthly lease payment is $463 plus applicable tax.  43 payments remaining on the lease.

**1010 Thomas Edison Blvd SW**
**Cedar Rapids, IA 52404**
Creditor's mailing address

Describe the lien

**Equipment Lease Agreement**
Is the creditor an insider or related party?

[✓] No
[ ] Yes

Is anyone else liable on this claim?

Creditor's email address, if known

[✓] No
[ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2021**
Last 4 digits of account number
**9001**

Do multiple creditors have an interest in the same property?

[✓] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $8,669,123.7 8 |
|---|

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Amicus Capital Group, LLC<br>25876 The Old Road, #340<br>Stevenson Ranch, CA 91381 | Line  2.1 | |
| Kenneth J.  Melrose<br>Law Offices of Kenneth J. Melrose<br>3851 Via Mitad<br>Lompoc, CA 93436 | Line  2.2 | |
| Poole Shafferry & Koegle, LLP (counsel for Amicus)<br>Attn: Samuel R. W. Price<br>25350 Magic Mountain Parkway 2nd Fl<br>Valencia, CA 91355 | Line  2.1 | |
| Pravati Credit Fund III, LLP<br>c/o Fernald Law Group APC<br>Attn: Brandon C. Fernald, Esq.<br>15910 Ventura Blvd., #1702<br>Encino, CA 91436 | Line  2.2 | |
| U.S. Small Business Administration<br>El Paso Loan Service Center<br>10737 Gateway West, Ste. 300<br>El Paso, TX 79935 | Line  2.4 | |
| U.S. Small Business Administration<br>312 N. Spring Street, 5th Floor<br>Los Angeles, CA 90012 (address from Appendix D) | Line  2.4 | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Law Offices of Brian D. Witzer, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-12517-NB**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** | **$0.00** |
| **City of Los Angeles**<br>**Office of Finance**<br>**PO Box 53200**<br>**Los Angeles, CA 90053** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| Date or dates debt was incurred<br>**2020-2021** | Basis for the claim:<br>**Business Tax** | | |
| Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400,000.00** |
| **Acosta & Associates LLC**<br>**600 West Germantown Pike, Suite 600**<br>**Plymouth Meeting, PA 19462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **8/2020** | Basis for the claim: **Loan** | |
| Last 4 digits of account number **n/a** | Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600,000.00** |
| **Alan G. Bassman, CPA**<br>**Bassman, Adelman & Weiss, P.C.**<br>**630 Sentry Parkway East, Ste 200**<br>**Blue Bell, PA 19422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **10/2016** | Basis for the claim: **Accounting services and economist (for expert testimony) on debtor's cases** | |
| Last 4 digits of account number **n/a** | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Law Offices of Brian D. Witzer, Inc.** | Case number (if known) | **2:21-bk-12517-NB** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116,700.00 |
|---|---|---|---|

**Citibank, N.A.**
**Po Box 688923**
**Des Moines, IA 50368**

Date(s) debt was incurred __5/4/2020__
Last 4 digits of account number __A147__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __PPP Loan (subject to forgiveness)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135,100.00 |
|---|---|---|---|

**Citibank, N.A.**
**Po Box 688923**
**Des Moines, IA 50368**

Date(s) debt was incurred __1/28/2021__
Last 4 digits of account number __A147__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __PPP Loan (subject to forgiveness)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,735.50 |
|---|---|---|---|

**Clinton & Clinton**
**100 Oceangate Ste. 1400**
**Long Beach, CA 90802**

Date(s) debt was incurred __2020__
Last 4 digits of account number __1372__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Legal fees for the interpleader action American
Incorporated, et al v. Cindy Perez, et al. Case No.: BCV-20-101372__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,400,000.00 |
|---|---|---|---|

**Harold Wrobel - Fazoula Management**
**14954 Corona Del Mar**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred __2014 - 2017__
Last 4 digits of account number __n/a__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Mustang Funding LLC**
**PO Box 083170**
**Chicago, IL 60691-0170**

Date(s) debt was incurred __2/2021__
Last 4 digits of account number __n/a__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000,000.00 |
|---|---|---|---|

**The Solender Group**
**2516 Via Tejon #277**
**Palos Verdes Peninsula, CA 90274**

Date(s) debt was incurred __1/2016__
Last 4 digits of account number __n/a__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan and services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $219.51 |
|---|---|---|---|

**Wells Fargo Business Card**
**PO Box 77033**
**Minneapolis, MN 55480-7733**

Date(s) debt was incurred __2021__
Last 4 digits of account number __2771__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

---

| Debtor | **Law Offices of Brian D. Witzer, Inc.** | | Case number (if known) | **2:21-bk-12517-NB** |
|---|---|---|---|---|
| | Name | | | |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **U.S. Small Business Administration**<br>**312 N. Spring Street, 5th Fl**<br>**Los Angeles, CA 90012** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **U.S. Small Business Administration**<br>**312 N Spring Street, 5th Fl**<br>**Los Angeles, CA 90012** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 7,500.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 9,767,755.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 9,775,255.01 |

**Fill in this information to identify the case:**

Debtor name    **Law Offices of Brian D. Witzer, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-12517-NB**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2012 used Mercedes Benz Sprinter Van, VIN No.: WDZPE8CCXC5668111; approximately 30,000 miles. Monthly lease payment is $1,362.18 with the commencement date of 3/24/2019 followed by 35 payments of $1,362.18 due on the 24th of each month, ending on March 24, 2022. | |
| | State the term remaining | 11 months | |
| | List the contract number of any government contract | | Premier Financial Services 47 Sherman Hill Rd Woodbury, CT 06789 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Leased Copystar CS 8052CI - Copystar Copier, Serial Number VJV87Z002228. The lease agreement is with Wells Fargo Vendor Financial Services, LLC.  Monthly lease payment is $463 plus applicable tax.  43 payments remaining on the lease. | |
| | State the term remaining | 43 months remaining | |
| | List the contract number of any government contract | | Wells Fargo Vendor Finance Services 1010 Thomas Edison Blvd SW Cedar Rapids, IA 52404 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Law Offices of Brian D. Witzer, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:21-bk-12517-NB** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Brian D. Witzer | 2393 Venus Drive<br>Los Angeles, CA 90046 | Pravati Credit Fund III, LLP | ■ D  **2.2**<br>☐ E/F ___<br>☐ G ___ |
| 2.2 | Brian D. Witzer | 2393 Venus Drive<br>Los Angeles, CA 90046 | Amicus Capital Group, LLC | ■ D  **2.1**<br>☐ E/F ___<br>☐ G ___ |
| 2.3 | Pravati Capital, LLC | c/o Chora Young & Manasserian LLP<br>650 Sierra Madre Villa Ave. Ste 304<br>Pasadena, CA 91107-2141 | Pravati Credit Fund III, LLP | ■ D  **2.2**<br>☐ E/F ___<br>☐ G ___ |

**Fill in this information to identify the case:**

Debtor name   **Law Offices of Brian D. Witzer, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:21-bk-12517-NB**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to Filing Date | ■ Operating a business<br>☐ Other | $135,000.00 |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $1,542,835.00 |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | $1,227,642.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    Law Offices of Brian D. Witzer, Inc. _____    Case number *(if known)*    2:21-bk-12517-NB

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Premier Financial Services<br>47 Sherman Hill Rd<br>Woodbury, CT 06789 | 01/2021<br>02/2021<br>03/2021 | $4,086.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vehicle lease payment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.1. | Pravati Credit Fund II LP<br>Lead Case 19SMCV01117;<br>19SMCV02046 | Petition to confirm<br>arbitration award<br>filed by Praviti<br>against the Debtor<br>on a Breach of<br>Contract/Warranty | Superior Court of California<br>1725 Main Street<br>Santa Monica, CA 90401 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor  **Law Offices of Brian D. Witzer, Inc.**                     Case number *(if known)*  **2:21-bk-1251 7-NB**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Cindy Peres, aka Romana Estrada, Wendi Garcia, Estela Garcia, Joanna Coronado, Star Insurance Company, Law Offices of Brian D. Witzer, Inc. v. American Incorporated, a California Corporation, American Incorporated, a California corporation doing business as American Air Company; Starr Indemnity and Liability Company, a Texas corpoartion; and Starr Adjustment. BCV-20-101372** | Interpleader action; Defendants have a cross-complaint against American Incorporated, Pravati, et al for Breach of Contract, Tortious Interference with Ecomonic Prospect, Tortious Interference with Contract (settlement agreement), Civil Conspiracy, et al. | **Superior Court of California 1215 Truxtun Ave Bakersfield, CA 93301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Law Offices of Brian D. Witzer, Inc.**                                    Case number *(if known)*  **2:21-bk-12517-NB**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Law Offices of Michael Jay Berger 9454 Wilshire Boulevard, 6th floor Beverly Hills, CA 90212 | **Attorney Fees** | **3/15/2021** | **$20,000.00** |

Email or website address
michael.berger@bankruptcypower.com

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

Debtor    **Law Offices of Brian D. Witzer, Inc.**                    Case number *(if known)*  **2:21-bk-1251 7-NB**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | **Law Offices of Brian D. Witzer, Inc.** | | Case number (if known) | **2:21-bk-12517-NB** |

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |
| 26a.1. | **Bassman, Adleman & Weiss, P.C.**<br>**630 Sentry Pkwy Ste. 200**<br>**Blue Bell, PA 19422** | **2019 - present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

Debtor    Law Offices of Brian D. Witzer, Inc.                          Case number (if known)  2:21-bk-12517-NB

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Bassman, Adelman & Weiss, P.C.<br>630 Sentry Pkwy Ste 200<br>Blue Bell, PA 19422-2325 | |
| 26c.2.  Brian D. Witzer<br>2393 Venue Drive<br>Los Angeles, CA 90046 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian D. Witzer | 2393 Venus Drive<br>Los Angeles, CA 90046 | Cheif Executive Officer and Owner | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  Brian D. Witzer<br>2393 Venus Drive<br>Los Angeles, CA 90046 | $341,530 (includes $276,145 from K-1 and $65,385 for W-2) | 2020 | Compensation and shareholder draw |
| Relationship to debtor<br>CEO | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor  **Law Offices of Brian D. Witzer, Inc.**                                    Case number *(if known)* **2:21-bk-12517-NB**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                **Employer Identification number of the parent corporation**

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____04/23/2021_____

_____           Brian D. Witzer
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Chief Executive Officer and Owner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Law Offices of Brian D. Witzer, Inc.** _____    Case No.   **2:21-bk-12517-NB**

                                               Debtor(s)    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept A RETAINER OF _____   $ _____ **20,000.00**

     Prior to the filing of this statement I have received A RETAINER OF _____   $ _____ **20,000.00**

     Balance Due _____   $ _____ **0.00**

2.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_Date_    4/23/2022

            **Michael Jay Berger**
            _Signature of Attorney_
            **Law Offices of Michael Jay Berger**
            **9454 Wilshire Boulevard, 6th floor**
            **Beverly Hills, CA 90212**
            **(310) 271-6223  Fax: (310) 271-9805**
            **michael.berger@bankruptcypower.com**
            _Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**California State Bar Number: 100291 CA**<br>**michael.berger@bankruptcypower.com** | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Law Offices of Brian D. Witzer, Inc.

CASE NO.: *2:21-bk-12517-NB*

CHAPTER: 11

*AMENDED*

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 04/23/2021 _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ~~3/29/2021~~ 4/23/2021 _____

/s/ Michael Jay Berger
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Law Offices of Brian D. Witzer, Inc.
2393 Venus Drive
Los Angeles, CA 90046


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Acosta & Associates LLC
600 West Germantown Pike, Suite 600
Plymouth Meeting, PA 19462


Alan G. Bassman, CPA
Bassman, Adelman & Weiss, P.C.
630 Sentry Parkway East, Ste 200
Blue Bell, PA 19422


Amicus Capital Group, LLC
Attn: William Tilley
28470 Avenue Standord, Suite 220
Valencia, CA 91355


Amicus Capital Group, LLC
25876 The Old Road, #340
Stevenson Ranch, CA 91381


Brian D. Witzer
2393 Venus Drive
Los Angeles, CA 90046


Citibank, N.A.
Po Box 688923
Des Moines, IA 50368

City of Los Angeles
Office of Finance
PO Box 53200
Los Angeles, CA 90053


Clinton & Clinton
100 Oceangate Ste. 1400
Long Beach, CA 90802


Harold Wrobel - Fazoula Management
14954 Corona Del Mar
Pacific Palisades, CA 90272


Kenneth J. Melrose
Law Offices of Kenneth J. Melrose
3851 Via Mitad
Lompoc, CA 93436


Mustang Funding LLC
PO Box 083170
Chicago, IL 60691-0170


Poole Shafferry & Koegle, LLP
Attn: Samuel R. W. Price
25350 Magic Mountain Parkway 2nd Fl
Valencia, CA 91355


Pravati Capital, LLC
c/o Chora Young & Manasserian LLP
650 Sierra Madre Villa Ave. Ste 304
Pasadena, CA 91107-2141


Pravati Credit Fund III, LLP
c/o Chora Young & Manasserian LLP
Attn: Joseph Chora, Esq.
650 Sierra Madre Villa Ave. Ste 304
Pasadena, CA 91107-2141

Pravati Credit Fund III, LLP
c/o Fernald Law Group APC
Attn: Brandon C. Fernald, Esq.
15910 Ventura Blvd., #1702
Encino, CA 91436


Premier Financial Services
47 Sherman Hill Rd
Woodbury, CT 06789


The Solender Group
2516 Via Tejon #277
Palos Verdes Peninsula, CA 90274


U.S. Business Administration
c/o Elan Levey, US Attorney's Offic
300 N. Los Angeles Street
Fed. Bldg., Rm. 7516
Los Angeles, CA 90012


U.S. Small Business Admin
El Paso Loan Service Center
10737 Gateway West, Ste. 300
El Paso, TX 79935


U.S. Small Business Administration
312 N. Spring Street, 5th Floor
Los Angeles, CA 90012


U.S. Small Business Administration
312 N. Spring Street, 5th Fl
Los Angeles, CA 90012


U.S. Small Business Administration
312 N Spring Street, 5th Fl
Los Angeles, CA 90012

Wells Fargo Business Card
PO Box 77033
Minneapolis, MN 55480-7733


Wells Fargo Vendor Finance Services
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>**michael.berger@bankruptcypower.com** | |

☑ *Attorney for: Law Offices of Brian D. Witzer, Inc.*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Law Offices of Brian D. Witzer, Inc.**<br><br><div align="right">Debtor.</div> | CASE NO.: *2:21-bk-12517-NB*<br>ADVERSARY NO.:<br>CHAPTER:     **11** |
|---|---|
| <div align="right">Plaintiff(s),</div> | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| <div align="right">Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Brian D. Witzer_____ , the undersigned in the above-captioned case, hereby declare
<div align="center">(Print Name of Attorney or Declarant)</div>

under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

See Addendum

b.      ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

04/23/2021

_____
Date

By: _____
Signature of Debtor or attorney for Debtor

Name:    **Brian D. Witzer**
_____
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Brian D. Witzer
2393 Venus Drive
Los Angeles, CA 90046

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**