| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223 Fax: (310) 271-9805<br>michael.berger@bankruptcypower.com | |

☐ Individual appearing without attorney
☑ Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Law Offices of Brian D. Witzer, Inc.**

CASE NO.: **2:21-bk-12517-NB**

CHAPTER: **11**

Debtor(s)

**SUMMARY OF AMENDED SCHEDULES,
MASTER MAILING LIST,
AND/OR STATEMENTS
[LBR 1007-1(c)]**

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☐ Schedule D      ☑ Schedule E/F      ☐ Schedule G

☐ Schedule H        ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☐ Statement of Intentions      ☐ Master Mailing List

☑ Other (specify)      **Statement of Financial Affairs and Amended Verification**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 05/04/2021

Brian D. Witzer
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015* — Page 1 — F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

Debtor name: **Law Offices of Brian D. Witzer, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): **2:21-bk-12517-NB**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Los Angeles**<br>**Office of Finance**<br>**PO Box 53200**<br>**Los Angeles, CA 90053**<br><br>Date or dates debt was incurred<br>**2020-2021**<br><br>Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>**Business Tax**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$7,500.00** | **$0.00** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Acosta & Associates LLC**<br>**600 West Germantown Pike, Suite 600**<br>**Plymouth Meeting, PA 19462**<br>Date(s) debt was incurred **8/2020**<br>Last 4 digits of account number **n/a** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,400,000.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Alan G. Bassman, CPA**<br>**Bassman, Adelman & Weiss, P.C.**<br>**630 Sentry Parkway East, Ste 200**<br>**Blue Bell, PA 19422**<br>Date(s) debt was incurred **10/2016**<br>Last 4 digits of account number **n/a** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Accounting services and economist (for expert testimony) on debtor's cases**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$600,000.00** |

| Debtor | Law Offices of Brian D. Witzer, Inc. | Case number (if known) | 2:21-bk-12517-NB |
|---|---|---|---|

**3.3** Nonpriority creditor's name and mailing address
Citibank, N.A.
Po Box 688923
Des Moines, IA 50368
Date(s) debt was incurred 5/4/2020
Last 4 digits of account number A147

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: PPP Loan (subject to forgiveness)

Is the claim subject to offset? ■ No  ☐ Yes

$116,700.00

---

**3.4** Nonpriority creditor's name and mailing address
Citibank, N.A.
Po Box 688923
Des Moines, IA 50368
Date(s) debt was incurred 1/28/2021
Last 4 digits of account number A147

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: PPP Loan (subject to forgiveness)

Is the claim subject to offset? ■ No  ☐ Yes

$135,100.00

---

**3.5** Nonpriority creditor's name and mailing address
Clinton & Clinton
100 Oceangate Ste. 1400
Long Beach, CA 90802
Date(s) debt was incurred 2020
Last 4 digits of account number 1372

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Legal fees for the interpleader action American Incorporated, et al v. Cindy Perez, et al. Case No.: BCV-20-101372

Is the claim subject to offset? ■ No  ☐ Yes

$15,735.50

---

**3.6** Nonpriority creditor's name and mailing address
Harold Wrobel - Fazoula Management
14954 Corona Del Mar
Pacific Palisades, CA 90272
Date(s) debt was incurred 2014 - 2017
Last 4 digits of account number n/a

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Loan

Is the claim subject to offset? ■ No  ☐ Yes

$4,400,000.00

---

**3.7** Nonpriority creditor's name and mailing address
Mustang Funding LLC
PO Box 083170
Chicago, IL 60691-0170
Date(s) debt was incurred 2/2021
Last 4 digits of account number n/a

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset? ■ No  ☐ Yes

$100,000.00

---

**3.8** Nonpriority creditor's name and mailing address
Shawn Amber Conrad Rougeron, Et Al.
c/o Christopher Lane Blank, Esq.
4675 MacArthur Ct. Ste. 550
Newport Beach, CA 92660
Date(s) debt was incurred 21STCV05915
Last 4 digits of account number n/a

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Lawsuit - Case #21STCV05915

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.9** Nonpriority creditor's name and mailing address
The Solender Group
2516 Via Tejon #277
Palos Verdes Peninsula, CA 90274
Date(s) debt was incurred 1/2016
Last 4 digits of account number n/a

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan and services

Is the claim subject to offset? ■ No  ☐ Yes

$1,000,000.00

---

| Debtor | Law Offices of Brian D. Witzer, Inc. | Case number (if known) | 2:21-bk-12517-NB |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.51 |
|---|---|---|---|
| | **Wells Fargo Business Card**<br>**PO Box 77033**<br>**Minneapolis, MN 55480-7733** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2021 | Basis for the claim: **Business Credit Card** | |
| | Last 4 digits of account number  2771 | Is the claim subject to offset?  ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **U.S. Small Business Administration**<br>**312 N. Spring Street, 5th Fl**<br>**Los Angeles, CA 90012** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | — |
| 4.2 | **U.S. Small Business Administration**<br>**312 N Spring Street, 5th Fl**<br>**Los Angeles, CA 90012** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | — |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 7,500.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 9,767,755.01 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 9,775,255.01 |

Fill in this information to identify the case:

Debtor name: **Law Offices of Brian D. Witzer, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): **2:21-bk-12517-NB**

☑ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From **1/01/2021** to **Filing Date** | ☑ Operating a business<br>☐ Other | $135,000.00 |
   | For prior year:<br>From **1/01/2020** to **12/31/2020** | ☑ Operating a business<br>☐ Other | $1,542,835.00 |
   | For year before that:<br>From **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other | $1,227,642.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor  Law Offices of Brian D. Witzer, Inc.                                    Case number (if known)  2:21-bk-12517-NB

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer  Check all that apply |
|---|---|---|---|
| 3.1. Premier Financial Services  47 Sherman Hill Rd  Woodbury, CT 06789 | 01/2021  02/2021  03/2021 | $4,086.00 | ☐ Secured debt  ☐ Unsecured loan repayments  ☐ Suppliers or vendors  ☐ Services  ■ Other  Vehicle lease payment |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address  Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title  Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Pravati Credit Fund II LP  Lead Case 19SMCV01117;  19SMCV02046 | Petition to confirm arbitration award filed by Praviti against the Debtor on a Breach of Contract/Warranty | Superior Court of California  1725 Main Street  Santa Monica, CA 90401 | ☐ Pending  ☐ On appeal  ■ Concluded |

Debtor  **Law Offices of Brian D. Witzer, Inc.**                                    Case number (if known) **2:21-bk-12517-NB**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Cindy Peres, aka Romona Estrada, Wendi Garcia, Estela Garcia, Joanna Coronado, Star Insurance Company, Law Offices of Brian D. Witzer, Inc. v. American Incorporated, a California Corporation, American Incorporated, a California corporation doing business as American Air Company; Starr Indemnity and Liability Company, a Texas corpoartion; and Starr Adjustment.<br>BCV-20-101372 | Interpleader action; Defendants have a cross-complaint against American Incorporated, Pravati, et al for Breach of Contract, Tortious Interference with Ecomonic Prospect, Tortious Interference with Contract (settlement agreement), Civil Conspiracy, et al. | Superior Court of California<br>1215 Truxtun Ave<br>Bakersfield, CA 93301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Shawn Amber Conrad Rougeron, Et Al., v. Brian D. Witzer<br>21STCV05915 | Contractual Fraud | Superior Court of California<br>111 N. Hill St.<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  Law Offices of Brian D. Witzer, Inc.    Case number (if known) 2:21-bk-12517-NB

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212 | Attorney Fees | 3/15/2021 | $20,000.00 |

Email or website address
michael.berger@bankruptcypower.com

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor  **Law Offices of Brian D. Witzer, Inc.**                               Case number (if known) **2:21-bk-12517-NB**

---

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor  **Law Offices of Brian D. Witzer, Inc.**                                       Case number (if known) **2:21-bk-12517-NB**

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Bassman, Adleman & Weiss, P.C.<br>630 Sentry Pkwy Ste. 200<br>Blue Bell, PA 19422 | 2019 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor **Law Offices of Brian D. Witzer, Inc.**     Case number *(if known)* **2:21-bk-12517-NB**

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Bassman, Adelman & Weiss, P.C.<br>630 Sentry Pkwy Ste 200<br>Blue Bell, PA 19422-2325 | |
| 26c.2. | Brian D. Witzer<br>2393 Venue Drive<br>Los Angeles, CA 90046 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian D. Witzer | 2393 Venus Drive<br>Los Angeles, CA 90046 | Cheif Executive Officer and Owner | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Brian D. Witzer<br>2393 Venus Drive<br>Los Angeles, CA 90046 | $341,530 (includes $276,145 from K-1 and $65,385 for W-2) | 2020 | Compensation and shareholder draw |
| **Relationship to debtor**<br>CEO | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor   **Law Offices of Brian D. Witzer, Inc.**                                    Case number *(if known)* **2:21-bk-12517-NB**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                                       Employer identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                                             Employer identification number of the parent corporation

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/04/2021

_____                **Brian D. Witzer**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Chief Executive Officer and Owner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax: (310) 271-9805
California State Bar Number: 100291 CA
michael.berger@bankruptcypower.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Law Offices of Brian D. Witzer, Inc.

Debtor(s).

CASE NO.: 2:21-bk-12517-NB
CHAPTER: 11

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 05/04/2021         Signature of Debtor 1

Date: _____        Signature of Debtor 2 (joint debtor) (if applicable)

Date: 5/4/2021           Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Shawn Amber Conrad Rougeron, Et Al.
c/o Christopher Lane Blank, Esq.
4675 MaCarthur Ct. Ste. 550
Newport Beach, CA 92660

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/5/21, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Counsel for Citibank: Christopher D. Crowell  ccrowell@hrhlaw.com
U.S. Trustee: Dare Law    dare.law@usdoj.gov
Interested Party: Samuel Price    sprice@pooleshaffery.com, mvalenti@pooleshaffery.com
Counsel for Pravati Credit Fund: Cameron H Totten    cameron@chorayoungllp.com, dionne@cym.law
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 5/5/21, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Shawn Amber Conrad Rougeron, Et Al.
c/o Christopher Lane Blank, Esq.
4675 MacArthur Ct. Ste. 550
Newport Beach, CA 92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/5/21 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 1007-1.1.AMENDED.SUMMARY