| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223 Fax: (310) 271-9805<br>michael.berger@bankruptcypower.com | |

☐ Individual appearing without attorney
☑ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    Law Offices of Brian D. Witzer, Inc. | CASE NO.: 2:21-bk-12517-NB |
|---|---|
| | CHAPTER: 11 |
| Debtor(s) | SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:  05|12|2021

_____
Brian D. Witzer
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

NOTE: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 1                    F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

Debtor name    **Law Offices of Brian D. Witzer, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-12517-NB**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank of America** | Business Advantage Checking account | 2449 | $340,123.67 |
| 3.2. **Citibank** | Business checking account | 5719 | $53,601.52 |
| 3.3. **Royal Bank** | Checking account | 7380 | $5,500.00 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.** — $399,225.19

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

| Debtor | **Law Offices of Brian D. Witzer, Inc.** | Case number *(If known)* **2:21-bk-12517-NB** |
|---|---|---|
| | Name | |

11.   Accounts receivable: Settlement funds for $180,000 are held with the Superior Court of CA, County of Kern - Bakersfield in the matter entitled American Incorporated, et al. v. Cindy Perez, et al., in an interpleader action, Case No.: BCV-20-101372. Debtor, et al. has a Cross-Complaint against American Incorporated, et al.

|  | 180,000.00 (settlement funds held in an interpleader action) | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | face amount | - 0.00 doubtful or uncollectible accounts | =.... | $180,000.00 |

Accounts receivable: Debtor currently represents approximately 25 clients in litigation cases on a contingency basis. Recovery amount at this time is unknown.  Debtor's principal is now engaged in a trial.

|  |  | | | Unknown (pending cases where Debtor represents various clients in litigation matters) |
|---|---|---|---|---|
| 11b. Over 90 days old: | 0.00 face amount | - 0.00 doubtful or uncollectible accounts | =.... | |

12.   **Total of Part 3.**                                                                                      $180,000.00
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:      Investments

**13. Does the debtor own any investments?**

- [✓] No.  Go to Part 5.
- [ ] Yes Fill in the information below.

## Part 5:      Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- [ ] No.  Go to Part 6.
- [✓] Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** 3 ring binders, legal pads, pens, paper, highlighters, staplers, index, tape | | $0.00 | | $500.00 |

23.   **Total of Part 5.**                                                                                      $500.00
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
- [✓] No
- [ ] Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Law Offices of Brian D. Witzer, Inc.**                    Case number (If known)  **2:21-bk-12517-NB**
_____                                    _____
Name

☑ No
☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**5 desks and chairs, small filing cabinets, 10 filing cabinets, storage shelves, 3 couches, 4 rugs, 6 lamps, coat hangers, mirrors, 3 round work tables, chairs** | $0.00 | | $7,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**14 Computers, 14 monitors, 5 printers, 20 office phones, 1 fax machine, main server, sound system hub (for deposition, includes speakers, power point system)** | $0.00 | | $30,000.00 |
| **Leased Copystar CS 8052CI - Copystar Copier, Serial Number VJV87Z002228. The lease agreement is with Wells Fargo Vendor Financial Services, LLC.  Monthly lease payment is $463 plus applicable tax.  43 payments remaining on the lease.** | $0.00 | | $0.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                          | $37,500.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 3

| Debtor | Law Offices of Brian D. Witzer, Inc. | Case number *(If known)* 2:21-bk-12517-NB |
|---|---|---|
| | Name | |

---

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **47.1.** **Leased 2012 used Mercedes Benz Sprinter Van; approximately 30,000 miles. Monthly lease payment is $1,362.18 with the commencement date of 3/24/2019 followed by 35 payments of $1,362.18 due on the 24th of each month.** | **$0.00** | | **$0.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | |
|---|---|
| 51.   **Total of Part 8.** | **$0.00** |

Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** https://witzerlaw.com/ | **$0.00** | | **$0.00** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | Law Offices of Brian D. Witzer, Inc. | Case number (If known) 2:21-bk-12517-NB |
|---|---|---|
| | Name | |

| 62. | Licenses, franchises, and royalties<br>City of Los Angeles Business License<br>#0003110275-0001-9 | $0.00 | $0.00 |
|---|---|---|---|

63.  Customer lists, mailing lists, or other compilations

64.  Other intangibles, or intellectual property

65.  Goodwill

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.  Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 11:  All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Current value of
debtor's interest

71.  Notes receivable
Description (include name of obligor)

72.  Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

73.  Interests in insurance policies or annuities

74.  Causes of action against third parties (whether or not a lawsuit
has been filed)
**Debtor is preparing an adversary proceeding against
Pravati Capital for avoidance of the Notice of Judgment
Lien filed by Pravati with the California Secretary of
State on December 29, 2020 (within a 90-day preference
period).**

| Nature of claim | **Avoidance of the Preference<br>Per 11 U.S.C. Section 547** |
|---|---|
| Amount requested | $0.00 |

Unknown

75.  Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | __Law Offices of Brian D. Witzer, Inc.__ | Case number *(If known)* __2:21-bk-12517-NB__ |
|---|---|---|
| | Name | |

**Debtor, et al. has a Cross-Complaint against American Incorporated, Pravati Capital, LLC, et al. for Breach of Contract; Breach of Contract by Third Party Beneficiary, Tortious Interference with Contract (settlement agreement; $180k settlement funds are interpled with the court), Tortious Interference with Prospective Economic Advantage, Civil Conspiracy, pending in the Superior Court of CA, County of Kern - Bakersfield in the matter entitled American Incorporated, et al. v. Cindy Perez, et al., Case No.: BCV-20-101372.**

Unknown

| Nature of claim | **Cross-Complaint** |
|---|---|
| Amount requested | **$0.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Law Offices of Brian D. Witzer, Inc.**               Case number *(If known)* **2:21-bk-12517-NB**
          Name

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $399,225.19 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $180,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $500.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $37,500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*..............> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $617,225.19 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $617,225.19 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*):  __Summary of Amended Schedules, Master
Mailing List, and or Statements__   will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
(*date*) __5/13/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and
determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email
addresses stated below:

Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Counsel for Citibank: Christopher D. Crowell  ccrowell@hrhlaw.com
U.S. Trustee: Dare Law    dare.law@usdoj.gov
Interested Party: Samuel Price    sprice@pooleshaffery.com, mvalenti@pooleshaffery.com
Counsel for Pravati Credit Fund: Cameron H Totten    cameron@chorayoungllp.com, dionne@cym.law
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached
page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/13/2021 | **Peter Garza** | **/s/Peter Garza** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.