Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
Dylan J. Yamamoto (SBN 324601)
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:      213.629.7401
Email:           aram.ordubegian@afslaw.com
                     annie.stoops@afslaw.com
                     dylan.yamamoto@afslaw.com

Attorneys for Creditor Pravati Credit Fund III LP

**FILED & ENTERED**

**JUN 08 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**LAW OFFICES OF BRIAN D. WITZER, INC.**<br><br>Debtor. | Case No. 2:21-BK-12517-NB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARINGS ON CLAIM OBJECTIONS TO CLAIMS OF AMICUS CAPITAL GROUP, LLC AND ACOSTA & ASSOCIATES, LLC**<br><br>**Hearing Date:**<br>Date:   June 13, 2023<br>Time:  2:00 p.m.<br>Place:  Courtroom 1545<br>             255 E. Temple Street<br>             Los Angeles, CA 90012<br><br>**Continued Hearing Date:**<br>Date:   September 19, 2023<br>Time:  11:00 a.m.<br>Place:  Courtroom 1545<br>             255 E. Temple Street<br>             Los Angeles, CA 90012 |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

Having considered the *Stipulation To Continue Hearings on Claim Objections to Claims of Amicus Capital Group, LLC and Acosta & Associates, LLC* [Dkt. No. 641] (the "Stipulation")[1] filed on June 7, 2023, and for good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in its entirety.

2. The Hearing Date is continued to ~~Tuesday, September 19, 2023 at 11:00 a.m.~~ the above-captioned Continued Hearing Date for (a) the Claim Objections to the claims of Amicus (dkt. 299) and Acosta (dkt. 301) and (b) the MSJ (dkt. 548).

###

Date: June 8, 2023

*/s/ Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Stipulation.